UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**OSMIN MEDINA-SANCHEZ,**

    *Petitioner*,

v.                                    Case No. 5:26-CV-0076-JKP

**KRISTI NOEM,**
Secretary, U.S. Department of
Homeland Security, et al.,

    *Respondents*.

# O R D E R

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1).

Respondents are **ORDERED** to file responses to the Petition for Writ of Habeas Corpus **no later than January 15, 2026, at 1:00 p.m**. Petitioner shall have seven days from the date the responses are filed to file any reply.

**IT IS ORDERED** that any possible or anticipated removal or transfer is **IMMEDIATELY STAYED** until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.

**IT IS ORDERED** the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order by CM/ECF and by certified mail, return-receipt requested, which shall constitute sufficient service of process on all Respondents, unless otherwise contested. The address for service is:

United States Attorney's Office
601 NW Loop, Suite 600
San Antonio, TX 78216

**IT IS SO ORDERED** this 8th day of January 2026.

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**